UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MARK ALLEN,

    Plaintiff,

v.

    Case No. 2:20-cv-173

    HONORABLE PAUL L. MALONEY

UNKNOWN CORRIGAN, et al.,

    Defendants.
_____/

**JUDGMENT**

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.


Dated: June 29, 2022          /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   United States District Judge